**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | | |
|---|---|---|
| TREVEOUN RASHOUN RAINEY, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:26-CV-21-RWS-JBB |
| | § | |
| SHERIFF, BOWIE COUNTY, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Petitioner Treveoun Rainey, proceeding *pro se*, filed a petition for the writ of habeas corpus under 28 U.S.C. § 2254. Docket No. 1. The case was referred to United States Magistrate Judge J. Boone Baxter in accordance with 28 U.S.C. § 636.

The magistrate judge issued a report and recommendation on April 10, 2026, recommending that Petitioner's petitioner for writ of habeas corpus be dismissed without prejudice for failure to prosecute or to obey an order of the Court. Docket No. 10. A copy of the report and recommendation was sent to Petitioner at his last known address but was returned as undeliverable with the notation "not here" on the envelope. Docket No. 11. To date, Petitioner has not advised the Court of his current mailing address. Eastern District of Texas Local Rule CV-11(d) requires that *pro se* litigants provide the Court with a physical address and states that they are responsible for keeping the Clerk of Court advised in writing of their current physical address. "The Court has no duty to locate litigants who do not keep the court apprised of their current address." *Ashlock v. Kelley*, No. 5:17-CV-209, 2019 WL 2578628, at *1 (E.D. Tex. June 24, 2019).

Because no objections to the magistrate judge's report and recommendation have been filed, Petitioner is barred from *de novo* review of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the

unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *Duarte v. City of Lewisville, Tex.*, 858 F.3d 348, 352 (5th Cir. 2017).

The Court has reviewed the pleadings and the report and recommendation of the magistrate judge. After review, the Court concludes that the report and recommendation is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a magistrate judge's report and recommendation are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the report and recommendation (Docket No. 10) is **ADOPTED** as the opinion of the District Court.  It is further

**ORDERED** that the above-styled case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or to obey an order of the Court. It is further

**ORDERED** that all pending motions are **DENIED-AS-MOOT**.

**So ORDERED and SIGNED this 18th day of May, 2026.**

_Robert W Schroeder III_
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE